

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE | § | No. 08-14-00281-CV |
| AHERN RENTALS, INC., | § | ORIGINAL PROCEEDING |
| RELATOR. | § | ON PETITION FOR WRIT OF |
| | § | MANDAMUS |
| | § | |

## <u>MEMORANDUM OPINION</u>

Relator, Ahern Rentals, Inc., has filed a petition for writ of mandamus against the Honorable Marcos Lizarraga, Judge of the 168th District Court of El Paso County, Texas, requesting that we direct Respondent to withdraw an order granting a motion to compel discovery. We previously granted Relator's motion to stay the discovery order pending our review of the mandamus petition. The petition for writ of mandamus is denied.

To be entitled to mandamus relief, a relator must meet two requirements. First, the relator must show that the trial court clearly abused its discretion. *In re Prudential Insurance Company of America*, 148 S.W.3d 124, 135 (Tex. 2004). Second, the relator must demonstrate that there is no adequate remedy by appeal. *Id*. at 136. The record before us reflects that Relator has not described the general contents of the personnel files by category[1] and it did not tender the personnel files to Respondent for *in camera* inspection. Likewise, Relator has not presented the

---

[1] Personnel files can contain different categories of documents and information. A few examples are performance evaluations, disciplinary action, commendations, compensation, and benefits.

personnel files to this Court for *in camera* review. Under these circumstances, the Court would have to speculate about the contents of the personnel files in order to find that Respondent did or did not abuse his discretion. We conclude that Relator has failed to establish it is entitled to mandamus relief. Accordingly, we lift the stay and deny mandamus relief.

January 28, 2015
YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.